RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
Nicholas Wolfram
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Nicholas_Wolfram@fd.org

Attorney for Pablo Enrique Romero Santos

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

PABLO ENRIQUE ROMERO SANTOS,

Defendant.

Case No. 2:26-mj-00193-DJA-1

**STIPULATION TO CONTINUE BENCH TRIAL**
(First Request)

IT IS HEREBY STIPULATED AND AGREED, by and Between Todd Blanche, Acting Attorney General of the United States, and Joseph S. Sciscento, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nicholas Wolfram, Assistant Federal Public Defender, counsel for Pablo Enrique Romero Santos, that the bench trial currently scheduled on August 12, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.
2. The defendant is out of custody and does not oppose the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the first request for a continuance of the bench trial.

DATED this 7th day of August, 2026.

RENE L. VALLADARES
Federal Public Defender

By */s/ Nicholas Wolfram*
NICHOLAS WOLFRAM
Assistant Federal Public Defender

TODD BLANCHE
Acting Attorney General of the United States

*By /s/ Joseph S. Sciscento*
JOSEPH S. SCISCENTO
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PABLO ENRIQUE ROMERO SANTOS,<br>Defendant. | Case No. 2:26-mj-00193-DJA-1<br><br><u>ORDER</u> |

IT IS THEREFORE ORDERED that the bench trial currently scheduled on August 12, 2026, at 9:00 a.m., be vacated and continued to **October 21, 2026, at 9:00 a.m.**

DATED this 7th day of August, 2026.

______________________________

UNITED STATES MAGISTRATE JUDGE