RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
Nicholas Wolfram
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Nicholas_Wolfram@fd.org

Attorney for Pablo Enrique Romero Santos

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

PABLO ENRIQUE ROMERO SANTOS,

Defendant.

Case No. 2:26-mj-00193-DJA-1

**STIPULATION TO CONTINUE BENCH TRIAL**
(Second Request)

IT IS HEREBY STIPULATED AND AGREED, by and Between Todd Blanche, Attorney General of the United States, and Joseph S. Sciscento, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nicholas Wolfram, Assistant Federal Public Defender, counsel for Pablo Enrique Romero Santos, that the bench trial currently scheduled on October 21, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. The defendant is out of custody and does not oppose the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the bench trial.

DATED this 14th day of October, 2026.

RENE L. VALLADARES
Federal Public Defender

By _/s/ Nicholas Wolfram_
NICHOLAS WOLFRAM
Assistant Federal Public Defender

TODD BLANCHE
Attorney General of the United States

_By /s/ Joseph S. Sciscento_
JOSEPH S. SCISCENTO
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PABLO ENRIQUE ROMERO SANTOS,<br>Defendant. | Case No. 2:26-mj-00193-DJA-1<br><br>ORDER |

IT IS THEREFORE ORDERED that the bench trial currently scheduled on October 21, 2026 at 9:00 a.m., be vacated and continued to **November 25, 2026, at 9:00 a.m.**

DATED this 14th day of October, 2026.

UNITED STATES MAGISTRATE JUDGE